IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK LAKEY,

        Petitioner,                    No. CIV S-05-1864 GEB GGH P

   vs.

RODERICK Q. HICKMAN,

        Respondent.               ORDER

_____/

        Petitioner, a state prisoner represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Petitioner has filed a petition, setting forth at least one exhausted claim, in an effort to avoid any potential statute of limitations bar. Petitioner seeks a stay and abeyance pending exhaustion of additional claims.

        IT IS ORDERED that:

        1. Respondent file a response within 30 days;

\\\\\

\\\\\

\\\\\

\\\\\

2. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General.

DATED: 10/6/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
lake1864.ord