IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK LAKEY,

    Petitioner,   No. CIV S-05-1864 GEB GGH P

  vs.

RODERICK Q. HICKMAN,

    Respondent.   FINDINGS AND RECOMMENDATIONS
_____/

        On October 6, 2005, this court ordered a response from respondent with respect to petitioner's filing of an application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, wherein counsel for petitioner sought a stay and abeyance, setting forth at least one exhausted claim, while state court exhaustion was sought as to additional claims in a pending state supreme court petition.  potential statute of limitations bar.

        Respondent does not oppose a stay and abeyance pending exhaustion of the claims petitioner currently has pending before the state supreme court, citing Pace v. Diguglielmo, __ U.S.___, 125 S. Ct. 1807, 1813 (2005) (prisoner may file "protective" petition in federal court seeking stay and abeyance until state court remedies are exhausted).  In light of respondent's express non-opposition, the undesigned will recommend a stay and abeyance of the petition and will further recommend, pursuant to Rhines v. Weber, ___ U.S. ___, 125 S. Ct. 1528

1  (2005), that once the pending state supreme court petition has been adjudicated and become final,
2  petitioner must so inform this court within thirty days thereafter so that any stay may be lifted.
3        Accordingly, IT IS RECOMMENDED that:
4        1. A stay in this matter be imposed pending exhaustion of state court remedies as
5  to any unexhausted claim; and
6        2. Within thirty days of the final adjudication by the state supreme court of
7  petitioner's pending state supreme court petition, petitioner be directed to inform this court so
8  that the stay may be lifted and this matter proceed.
9  DATED: 11/16/05

10      /s/ Gregory G. Hollows

11      GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE
12
GGH:009
13  lake1864.fr