1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DERRICK LAKEY,

11              Petitioner,                    No. CIV S-05-1864 GEB GGH P

12        vs.

13   RODERICK Q. HICKMAN,                      AMENDED

14              Respondent.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16              On October 6, 2005, this court ordered a response from respondent with respect to

17   petitioner's filing of an application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, a

18   filing made in an effort to obviate a possible statute of limitations bar and for which counsel for

19   petitioner sought a stay and abeyance, setting forth at least one exhausted claim, while state court

20   exhaustion was sought as to additional claims in a pending state supreme court petition.

21              Respondent does not oppose a stay and abeyance pending exhaustion of the claims

22   petitioner currently has pending before the state supreme court, citing Pace v. Diguglielmo, __

23   U.S.___, 125 S. Ct. 1807, 1813 (2005) (prisoner may file "protective" petition in federal court

24   seeking stay and abeyance until state court remedies are exhausted).  In light of respondent's

25   express non-opposition, the undesigned will recommend a stay and abeyance of the petition and

26   will further recommend, pursuant to Rhines v. Weber, ___ U.S. ___, 125 S. Ct. 1528

1  (2005), that once the pending state supreme court petition has been adjudicated and become final,

2  petitioner must so inform this court within thirty days thereafter so that any stay may be lifted.

3          Accordingly, IT IS RECOMMENDED that:

4          1.  A stay in this matter be imposed pending exhaustion of state court remedies as

5  to any unexhausted claim; and

6          2.  Within thirty days of the final adjudication by the state supreme court of

7  petitioner's pending state supreme court petition, petitioner be directed to inform this court so

8  that the stay may be lifted and this matter proceed.

9  DATED: 11/18/05

10                        /s/ Gregory G. Hollows

11                        GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE

12

13  GGH:009
lake1864.fr

14

15

16

17

18

19

20

21

22

23

24

25

26