1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DERRICK LAKEY,
11              Petitioner,           No. CIV S-05-1864 RRB GGHP
12       vs.
13  RODERICK Q. HICKMAN,
14              Respondent.           <u>ORDER</u>
15  _____/
16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States
18  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.
19          On November 18, 2005, the magistrate judge filed findings and recommendations
20  herein which were served on petitioner and which contained notice to petitioner that any
21  objections to the findings and recommendations were to be filed within twenty days. Petitioner
22  has not filed objections to the findings and recommendations.
23          The court has reviewed the file and finds the findings and recommendations to be
24  supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
25  ORDERED that:
26  /////

1

1. The findings and recommendations filed November 18, 2005, are adopted in full;

2. A stay in this matter is imposed pending exhaustion of state court remedies as to any unexhausted claim; and

3. Within thirty days of the final adjudication by the state supreme court of petitioner's pending state supreme court petition, petitioner is directed to inform this court so that the stay may be lifted and this matter proceed.

DATED: 1/24/05

UNITED STATES DISTRICT JUDGE

/lake1864.800

2