IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK LAKEY,** <br><br> Petitioner, <br><br> v. <br><br> **RODERICK Q. HICKMAN,** <br><br> Respondent. | CIV S-05-1864 RRB GGH P <br><br> **ORDER ON RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME** |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an enlargement of time is hereby granted. A responsive pleading to the petition for writ of habeas corpus shall be filed on or before April 17, 2006.

DATED: 3/22/06

/s/ Gregory G. Hollows

_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

derr1864.po