IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LAKEY,<br><br>      Petitioner,<br><br>vs.<br><br>RODERICK Q. HICKMAN, <u>et al.</u>,<br><br>      Respondents. | No. 2:05-CV-1864-RRB-GGH P<br><br>**<u>ORDER</u>** |

      Petitioner Derrick Lakey ("Petitioner") is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On October 20, 2006, the Magistrate Judge filed Findings and Recommendations (Docket 24) herein, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within ten days. Petitioner has filed Objections to the Magistrate's Findings and Recommendations at Docket 25.

ORDER DENYING RESPONDENTS' MOTION TO DISMISS - 1
2:05-CV-1864-RRB-GGH P

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter.

The issue presented is a complex one. The Court concludes, however, that under California law, petitioner was entitled to AEDPA tolling for the 267 days his California state petition was pending. His federal petition was therefore timely.

Accordingly, **IT IS HEREBY ORDERED** that:

Respondents' Motion to Dismiss (**Docket 18**) the petition as time-barred by the AEDPA statute of limitations, filed on April 13, 2006, is **DENIED.**

ENTERED this 12th day of December, 2006.

> S/RALPH R. BEISTLINE
> UNITED STATES DISTRICT JUDGE

ORDER DENYING RESPONDENTS' MOTION TO DISMISS - 2
2:05-CV-1864-RRB-GGH P