IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK LAKEY,

       Petitioner,                      No. CIV S-05-1864 RRB GGH P

     vs.

RODERICK Q. HICKMAN,

       Respondent.                  ORDER

_____/

        Petitioner a state prisoner proceeding with counsel has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By <u>Order,</u> filed on December 13, 2006, respondent's motion to dismiss the petition as barred by the AEDPA statute of limitations was denied by the district judge.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer to petitioner's habeas petition within thirty days from the date of this order. The answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases; and

\\\\\

\\\\\

2. Petitioner's reply (traverse), if any, shall be filed and served within thirty days after service of the answer.

DATED: 12/18/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
lake1864.ord