IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK LAKEY,** | CIV-S-05-1864 RRB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **RODERICK Q. HICKMAN,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas corpus be filed on or before February 17, 2007.

Dated: 1/17/07          /s/ Gregory G. Hollows

                       _____
                       The Honorable Gregory G. Hollows

lake1864.po

[Proposed] Order