IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK LAKEY,** | CIV-S-05-1864 RRB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **RODERICK Q. HICKMAN,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before February 23, 2007.

Dated: 2/20/07              /s/ Gregory G. Hollows
                            _____
                            The Honorable Gregory G. Hollows

lake1864.po2

[Proposed] Order