IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK LAKEY,

    Petitioner,                    No. CIV S-05-1864 RRB GGH P

    vs.

RODERICK Q. HICKMAN,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner's counsel seeks an extension of time to file a reply to respondent's answer. Although a proposed order was filed in .pdf format in the court's electronic filing system, the undersigned has not received a proposed order in wordprocessing format via email from counsel, pursuant to E. D. Local Rule 5-137(b). The court will not consider a request that is not in compliance with the local rules.

        IT IS SO ORDERED.

DATED: 4/3/07

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
lake1864.lcr