IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK LAKEY,

    Petitioner,               No. 2:05-cv-1864 JAM GGH

    vs.

RODERICK HICKMAN,

    Respondent.            <u>ORDER</u>

_____/

        The Court of Appeals for the Ninth Circuit has dismissed petitioner's appeal of this court's March 26, 2009 judgment denying petitioner's application for a writ of habeas corpus. The Court of Appeals has instructed this court to enter an order dismissing the petition as time-barred under 28 U.S.C. § 2244(d)' statute of limitations.

        In accordance with the above, IT IS HEREBY ORDERED that

        1. The court's March 26, 2009 judgment is vacated; and

        2. This petition for writ of habeas corpus is dismissed as time-barred under 28 U.S.C. § 2244(d).

DATED: September 11, 2012

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE